NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**CHANDRA D. PRICE, PRO SE REPRESENTATIVE OF, CHRISTOPHER T. WYNN,**
*Petitioners-Appellants,*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

_____

2014-5041

_____

Appeal from the United States Court of Federal Claims in No. 1:08-vv-00093-TCW, Judge Thomas C. Wheeler.

_____

**ON MOTION**

_____

**O R D E R**

Chandra D. Price moves for leave to proceed in forma pauperis. Price also submits a "motion to allow argument."

We note that the United States Court of Federal Claims permitted Price to proceed in forma pauperis.

Pursuant to Fed. R. App. P. 24(a)(3), Price may proceed in forma pauperis on appeal without further authorization.

The court notes that ordinarily oral argument is rarely needed in pro se cases. *See Guide for Pro Se Petitioners and Appellants § 15.* To the extent that Price requests oral argument in this appeal, we defer that request to the merits panel assigned to the case.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to proceed in forma pauperis is moot.

(2)  The motion for oral argument is deferred for consideration by the merits panel. Copies of the motion, the Secretary's response, and this order shall be transmitted to the merits panel assigned to the case.

FOR THE COURT

/s/  Daniel E. O'Toole
     Daniel  E.  O'Toole
     Clerk of Court

s24